IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY GLIATTA | PLAINTIFF |
| VS. | CIVIL ACTION NO. 1:01CV253 -M-D |
| TERRY JONES, ET AL. | DEFENDANTS |

### JUDGMENT

Pursuant to the court's order issued this day, it is hereby ordered and adjudged that this action is dismissed with prejudice.

**SO ORDERED**, this the 8th day of November, 2004.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE